IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKITA PETTIES, et al.,<br>      Plaintiff,<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br>      Defendant | Civil Action No.: 95-0148 (PLF)<br><br>Just-A-Mite<br>Invoice Dispute Hearing |

**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER
IN A MATTER RELATING TO JUST-A-MITE**

Provider Just-A-Mite, Inc., ("JAM") is a private organization that delivers residential, special education and related services to students in the District of Columbia. On July 11, 2005, JAM filed a request for an invoice dispute proceeding. That request involved a dispute regarding invoices that had been submitted in May 2005 to the District of Columbia Public Schools ("DCPS") for two students, E.W. and T.J. The July 2005 hearing request also included a dispute regarding JAM's rate increase that DCPS had denied.

The administration of the JAM dispute was delegated to the designee of the Special Master, Steven M. Schneebaum, Esq., a shareholder in the Washington, D.C. office of Greenberg Traurig LLP.[1] Mr. Schneebaum's submission, attached hereto, is entitled Report and Recommendation of the Special Master in the Mater of the Just-A-Hearing (First Part) Held on September 7, 2005 ("Report and Recommendation"). As

---

[1] The October 11, 2002 Order of Reference permits the Special Master to appoint a designee, including designees who are willing to serve pro bono. Mr. Schneebaum has served as a pro bono designee in this matter as well as other matters over the last two years.

noted in the Report and Recommendation, only the matters involving charges for E.W. and T.J. have been adjudicated. The dispute regarding the rates of JAM will be the subject of a hearing later in November 2005.

A proposed Order covering the matters addressed in the Report and Recommendation is also attached.

Respectfully,

Elise T. Baach
Special Master

Date:   November 7, 2005