UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKITA PETTIES, et al., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>  Defendants. )<br>) | Civil Action No. 95-0148 (PLF) |

ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that plaintiffs' motion for attorneys' fees and costs [1427] (covering the period between September 1, 2004 and November 30, 2004) is GRANTED; it is

FURTHER ORDERED that plaintiffs' motion for attorneys' fees and costs [1439] (covering the period between December 1, 2004 and February 28, 2005) is GRANTED; and it is

FURTHER ORDERED that on or before April 11, 2008, the parties shall meet and confer and file a joint report with the Court estimating the total number of class members in

this case, and informing the Court of the amount of plaintiffs' attorneys' fees that have been paid to date.[1]

      SO ORDERED.

                                              /s/
                                  PAUL L. FRIEDMAN
                                United States District Judge

DATE: March 11, 2008

---

[1] Assuming that the defendants have not already paid more attorneys' fees than are permissible under the Court's Opinion issued today, the parties should also file a joint motion for an Order directing defendants to pay plaintiffs' reasonable attorneys' fees for the dates at issue.